**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 14, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00770-CV

## IN RE RIVERFOREST MOBILE HOME COMMUNITY, L.L.C., KEITH GOSSETT, AND DANIEL ANDREW KLEIN, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-49453**

## MEMORANDUM OPINION

On September 24, 2014, relators Riverforest Mobile Home Community, L.L.C., Keith Gossett, and Daniel Andrew Klein filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P.

In the petition, relators ask this court to compel the Honorable Kyle Carter, presiding judge of the 125th District Court of Harris County, to vacate an order granting a motion by the real party in interest to sever relators' counterclaims.

Relators have not satisfied their burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.